

THE ATTORNEY GENERAL

OF TEXAS

CRAWFORD C. MARTIN
ATTORNEY GENERAL

AUSTIN, TEXAS 78711

July 12, 1968

Honorable Henry Wade
District Attorney of Dallas County
Dallas County Government Center
Dallas, Texas   75202

Opinion No. M-256

Re: Authority of Dallas County
Hospital District, pur-
suant to Article 4494n,
Vernon's Civil Statutes,
to expend funds for build-
ing and operating a "Crime
Lab."

Dear Mr. Wade:

You have requested an opinion as to whether the Board
of Managers of the Dallas County Hospital District has the au-
thority to expend funds of the district for the purpose of build-
ing, equipping and operating a crime laboratory.  You state in
your request that its primary purpose would be to aid in crime
detection and to present evidence in connection with the prose-
cution of criminal cases; its better known and more common
functions relate to the determination of alcohol and drug con-
tent of blood samples, ballistic and firearms identification,
analysis and identification of narcotics, marijuana and dangerous
drugs, analysis and comparison of hair, skin, poisons and other
substances obtained in criminal investigations, and the use of
various chemicals and apparatus in connection with crime detection.

Section 4 of Article IX of the Constitution of Texas,
and Article 4494n, Vernon's Civil Statutes, direct that hospital
districts created thereunder shall assume full responsibility for
providing medical and hospital care to the needy inhabitants of
the county.  In Bexar County Hospital District v. Crosby, 160
Tex. 116, 327 S.W.2d 445 (1959), it was held that the provisions
of Section 4 of Article IX limited the expenditure of taxes levied
for hospital purposes to the limited use provided for in the
Constitution.

The purpose of building, equipping and operating a
crime laboratory to perform the functions outlined in your re-
quest is for a purpose other than to provide medical aid and
hospital care to needy persons residing in the district.  We can
find no constitutional or statutory authority authorizing the
hospital district to perform such purpose.  Therefore, we agree
with you that the Dallas County Hospital District has no authority
to expend its funds for such purposes, laudable as such aims and
purposes may be.

- 1241 -

Hon. Henry Wade, page 2 (M-256)

S U M M A R Y

The Dallas County Hospital District has no
authority to build, maintain and operate a crime
laboratory since such expenditure is not for the
purpose of furnishing medical aid and hospital
care to needy individuals residing in the dis-
trict.  Article IX, Section 4, Tex.Const.; Bexar
County Hospital District v. Crosby, 160 Tex. 116,
327 S.W.2d 445 (1959).

Very truly, yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by John Reeves
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Hawthorne Phillips, Chairman
Kerns Taylor, Co-Chairman
John Fainter
Brock Jones
Thomas Mack
Jo Betsy Lewallen

A. J. CARUBBI, JR.
Executive Assistant